**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ONE WEST BANK, FSB,  )<br>　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>THE UNKNOWN HEIRS AT LAW OF )<br>　GERMAINE M. WORRALL,　　　)<br>　DECEASED, et al.,　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　)| No: 4:12-cv-073-TWP-DML |

**Entry and Notice**

　　　　The removing defendant(s) shall have **through August 10, 2012**, in which to respond to the motion to remand.

　　　　Mr. Worrall can, of course, represent himself in federal court, but is not permitted to represent the trust. *Knoefler v. United Bank of Bismarck,* 20 F.3d 347, 348 (8th Cir. 1994) ("A nonlawyer, such as these purported 'trustee(s) pro se,' has no right to represent another entity, *i.e.,* a trust, in a court of the United States."); *McCants v. Village of Broadview*, 1994 WL 117478 (N.D.Ill. 1994) ("Estates cannot represent themselves."). His actions on behalf of a trust should be governed accordingly.

　　　　The plaintiff is requested to report not later than **August 10, 2012**, regarding the status of service of process on each of the defendants.

　　　　**IT IS SO ORDERED.**

Date: 07/18/2012

Distribution:

James P. Worrall
1516 Nole Drive
Jeffersonville, IN 47130

All electronically registered counsel

　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana