# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ONE WEST BANK, FSB, | ) |
| Plaintiff, | ) ) |
| v. | ) No: 4:12-cv-073-TWP-DML |
| THE UNKNOWN HEIRS AT LAW OF GERMAINE M. WORRALL, DECEASED, et al., | ) ) ) ) |
| Defendants. | ) ) |

## Entry and Notice

The removing defendant(s) shall have **through August 10, 2012**, in which to respond to the motion to remand.

Mr. Worrall can, of course, represent himself in federal court, but is not permitted to represent the trust. *Knoefler v. United Bank of Bismarck,* 20 F.3d 347, 348 (8th Cir. 1994) ("A nonlayer, such as these purported 'trustee(s) pro se,' has no right to represent another entity, *i.e.,* a trust, in a court of the United States."); *McCants v. Village of Broadview*, 1994 WL 117478 (N.D.Ill. 1994) ("Estates cannot represent themselves."). His actions on behalf of a trust should be governed accordingly.

The plaintiff is requested to report not later than **August 10, 2012**, regarding the status of service of process on each of the defendants.

**IT IS SO ORDERED.**

Date: 07/18/2012

Distribution:

James P. Worrall
1516 Nole Drive
Jeffersonville, IN 47130

All electronically registered counsel

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana